

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of A.S., a child,

No. 11-16-00293-CV

* From the 326th District Court
   of Taylor County,
   Trial Court No. 8024-CX.

* March 31, 2017

* Memorandum Opinion by Willson, J.
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.